IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS TISHER,

            Plaintiff,

v.

WARDEN L. TEGELS, MS. MASSAAN,
SGT. BURKE, CO CRYIER, P. SCHULTZ,
NURSE NORTHWOOD, MRS. ANDERSON,
SGT. CULPERT, MS. WHEELAND,
CAPTAIN B. MILLER, MATHEW GERBER,
DR. L. LIU, K. LOOMIS, T. WALDERA and
A. ALT,

            Defendants.

ORDER

18-cv-240-wmc

Plaintiff Thomas Tisher filed this lawsuit under 42 U.S.C. § 1983 against defendants, all Wisconsin Department of Corrections employees, for their failure to respond to his need for treatment for his spinal stenosis. On April 25, 2019, the court dismissed Tisher's complaint without prejudice, but gave him until May 15, 2019, to file an amended complaint that provided sufficient details about his alleged failed attempts to obtain medical care to support a claim for relief. The court warned Tisher that his failure to meet that deadline would cause the court to dismiss this case with prejudice. (Dkt. #8.) That May 15, 2019, deadline has passed, and Tisher has neither filed a proposed amended complaint nor communicated with the court in any way suggesting that he intends to file an amended complaint. Accordingly, the court is dismissing this case with prejudice for failure to prosecute. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED THAT plaintiff Thomas Tisher's claims are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). The clerk of court is directed to close this case.

Entered this 29th day of May, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge