IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS TISHER,

    Plaintiffs,

v.

                                    Case No. 18-cv-240-wmc

WARDEN L. TEGELS, MS. MASSAAN,
SGT. BURKE, CO CRYIER,
P. SCHULTZ, NURSE NORTHWOOD,
MRS. ANDERSON, SGT. CULPERT,
MS. WHEELAND, CAPTAIN B. MILLER,
MATHEW GERBER, DR. L. LIU,
K. LOOMIS, T. WALDERA AND
A. ALT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 5/29/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

    It appearing that there is no just reason for delay, I direct that this final judgment be entered.